IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| J.A.C., | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| VS. | § | |
| | § | |
| ALEXANDER SANCHEZ, in his official | § | CIVIL ACTION NO. 9:26-CV-00374 |
| capacity as Warden of IAH Secure Adult | § | JUDGE MICHAEL J. TRUNCALE |
| Detention Facility; GABRIEL MARTINEZ, in his | § | |
| official capacity as Acting Field Office Director, | § | |
| Houston Field Office, U.S. Immigration and | § | |
| Customs Enforcement; DAVID J. | § | |
| VENTURELLA, in his official capacity as Acting | § | |
| Director, U.S. Immigration and Customs | § | |
| Enforcement; MARKWAYNE MULLIN, in his | § | |
| official capacity as Secretary of the U.S. | § | |
| Department of Homeland Security; and TODD | § | |
| BLANCHE, in his official capacity as Acting | § | |
| Attorney General of the United States, | § | |
| | § | |
| *Respondents.* | § | |

## ACKNOWLEDGEMENT OF NOTICE OF VOLUNTARY DISMISSAL

The Court has received the Petitioner's Notice of Voluntary Dismissal filed in the above-styled matter. [Dkt. 6]. Petitioner files this notice voluntarily dismissing this habeas action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Court **ACKNOWLEDGES** that all claims filed in this matter are hereby **DISMISSED WITHOUT PREJUDICE**, effective the date of the filing of the notice.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all other pending motions filed herein are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 6th day of August, 2026.**

_____
Michael J. Truncale
United States District Judge